# EXHIBIT - G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                      :
                                                           :     Chapter 7
DANIEL GORDON,                                             :
                                                           :     Case No. 09-16230 (MKV)
                          Debtor.                          :
                                                           :
-----------------------------------------------------------x
ANGELA G. TESE-MILNER, TRUSTEE                             :
OF THE ESTATE OF DANIEL GORDON,                            :
                                                           :
                          Plaintiff,                       :
                                                           :
          -against-                                        :     Adv. Pro. No. 10-03767 (MKV)
                                                           :
DANIEL GORDON,                                             :
                                                           :
                          Defendant.                       :
-----------------------------------------------------------x

**ORDER, PURSUANT TO SECTIONS 105(a) AND 727(a)(2) AND (4) OF THE
BANKRUPTCY CODE, IMPOSING SANCTIONS AGAINST THE DEBTOR**

Upon the motion, dated March 17, 2016 (the "Motion"), of Fox Rothschild LLP ("Fox"), as special litigation counsel to Angela G. Tese-Milner (the "Trustee"), chapter 7 trustee of the estate of Daniel Gordon (the "Debtor"), for an order, pursuant to 11 U.S.C. § 105(a) and Rule 9011 of the Federal Rules of Bankruptcy Procedure, imposing sanctions in favor of the Trustee's counsel and against the Debtor for his conduct in this bankruptcy proceeding; and it appearing that good and sufficient notice of the Motion has been provided; and due consideration having been given to the Debtor's objection to the Motion, dated March 31, 2016 (the "Objection") and Fox's reply to the Objection, dated April 5, 2016 (the "Reply"); and a hearing on the Application, the Objection and the Reply having been held before the Court on April 7, 2016 (the "Hearing"); and upon the record of the Hearing, which is incorporated herein by reference; and after due deliberation thereon; and for good and sufficient cause, it is hereby

**ORDERED**, that service of the notice of the Motion and Hearing is deemed good and sufficient and that no further notice need be given; and it is further

**ORDERED**, that the Motion is approved to the extent set forth herein; and it is further

**ORDERED**, that the Objection is overruled; and it is

**ORDERED**, that Fox is awarded sanctions against the Debtor pursuant to Sections 105(a) and 727(a)(2) and (4) of the Bankruptcy Code; and is further

**ORDERED**, that this Court will determine the appropriate amount of sanctions to be paid by the Debtor to Fox after Fox files a supplemental brief to address the issue of collectability of any sanctions awarded, and the Debtor has an opportunity to respond to such brief; and it is further

**ORDERED**, that this Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

Dated: New York, New York
May 2, 2016

                                           *s/ Mary Kay Vyskocil*
                                           Honorable Mary Kay Vyskocil
                                           United States Bankruptcy Judge