# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APPALACHIAN BIBLE COLLEGE, | : | 1:17-cv-184 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| FOREMOST INDUSTRIES | : | |
| Defendant. | : | |

## ORDER

## April 17, 2018

Presently before this Court is Plaintiff, Appalachian Bible College's Motion for Summary Judgment. (Doc. 48). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Summary Judgment is **GRANTED** in its entirety.

2. Plaintiff **SHALL BE AWARDED** damages in the amount of $4,000,000, representing the amount past due under the Gift Agreement, as well as the amount remaining due under the repudiated Gift Agreement.

3. Defendant **SHALL PAY** $4,000,000 to Plaintiff within ninety (90) days of the date of this Order.

4. The Clerk of the Court **SHALL CLOSE** the file on this case

s/ John E. Jones III
John E. Jones III
United States District Judge